UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SLONE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Civil Action No.
05-CV-74009-DT

HON. BERNARD A. FRIEDMAN

## **J U D G M E N T**

    The court has issued an order denying both parties' motions for summary judgment and remanding the matter for further proceedings. Accordingly,

    IT IS ORDERED AND ADJUDGED that this matter is remanded to the Commissioner of Social Security for further proceedings consistent with the court's opinion and order. This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

DAVID J. WEAVER
CLERK OF COURT

By:__s/Carol L. Mullins_____
    Deputy Clerk

December 12, 2006

Approved:___s/Bernard A. Friedman_____
    BERNARD A. FRIEDMAN
    CHIEF U.S. DISTRICT JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

_____/s/ Patricia Foster Hommel_____
    **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**